## HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY *v.* INDUSTRIAL RISK INSURERS

The plaintiff's petition for certification for appeal from the Appellate Court (AC 15403) is denied.

*Maurice T. FitzMaurice* and *Carolyn A. Magnan,* in support of the petition.

*Stephen E. Goldman* and *Raymond T. DeMeo,* in opposition.

Decided April 22, 1996

## STATE OF CONNECTICUT *v.* JOHN ROY

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 481 (AC 12281), is denied.

*John Roy,* pro se, in support of the petition.

Decided April 22, 1996